IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW JONES | : CIVIL ACTION |
| v. | : NO. 25-940 |
| USA DISTRICT COURT OF EASTERN PENNSYLVANIA | : |

## ORDER

**AND NOW**, this 26th day of February 2025, upon screening the Complaint (ECF 2) consistent with our February 21, 2025 Order (ECF 4) and section 1915, and finding the Plaintiff cannot state a claim under the criminal or civil law for alleged assaults over two dozen years ago as detailed in today's accompanying memorandum, it is **ORDERED** we **DISMISS** the Complaint (ECF 2) with prejudice requiring the Clerk of Court **close** this case.

KEARNEY, J.